UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS EDGARDO L.R., | No. 1:26-cv-03269-TLN-CKD |
| Petitioner, | A # 207-247-305 |
| v. | |
| WARDEN, | **ORDER** |
| Respondent. | |

Petitioner Carlos Edgardo L.R.[1] ("Petitioner"), an immigration detainee who is representing himself, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and Motion for Temporary Restraining Order ("TRO") (ECF No. 2).  Due to the urgent nature of the requested relief, the Court intends to rule directly on the Petition with the understanding that the Court will also consider arguments made in support of the Motion for TRO.

Respondent shall file a response to the Petition within **two (2) court days** from the date of this Order.  Any opposition must include Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition.

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

Pending the Court's ruling on the Petition, Respondent shall not take any action to transfer Petitioner out of this District.  *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

Based on the facts surrounding Petitioner's detention, the Court provisionally authorizes Petitioner to proceed *in forma pauperis*, subject to Petitioner filing an application to proceed *in forma pauperis* within **thirty (30) days** from the date of this Order.  *See* 28 U.S.C. § 1914.

In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within **seven (7) days** from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent shall file a response to Petitioner's Petition for Writ of Habeas Corpus within **two (2) court days** from the date of this Order.

2. Respondent shall not transfer Petitioner outside of this judicial district, pending further order of the Court.

3. Petitioner is provisionally authorized to proceed *in forma pauperis*, subject to Petitioner filing an application to proceed *in forma pauperis* within **thirty (30) days** from the date of this Order.  The Clerk of the Court is directed to serve Petitioner with an application to proceed *in forma pauperis*.

4. Within **seven (7) days** from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact

information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, who shall update the docket to reflect counsel's appointment.

5. The Clerk of the Court shall serve a copy of this Order on the Federal Defender, Attention:  Habeas Appointment, along with a copy of the § 2241 petition.

IT IS SO ORDERED.

Date: April 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3